| | | |
|---|---|---|
| 10/20/2020 | TUESDAY | Judge David W Hercher |
| 9:00 AM 20-3085 dwh ap | Saxum Stone LLC v. Lennar Multi-Family Builders, LLC | |
| 19-32600 | Pretrial Conference | |

**Defendant's Motion to Dismiss Case for Lack of Subject Matter Jurisdiction (6)**

Saxum Stone LLC - pla             THOMAS K WOLF AND SHAWN RYAN

Lennar Multi-Family Builders, LLC -  TARA J SCHLEICHER

Evidentiary Hearing:     Yes: ☐     No: ☑

For the reasons stated on record, court will deny the motion to dismiss.

Court continued the pretrial conference hearing to 12/15/2020 at 9:00 a.m. TEL.

Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ☐

**OFRCP - Rule 26 Order**
   #3 ___✓___ Discovery can proceed.

**Docket Entry:**

The motion to dismiss is hereby denied.

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 21, 2020

Clerk, U.S. Bankruptcy Court

BY **bdw** DEPUTY

*David W. Hercher*

David W. Hercher
U.S. Bankruptcy Judge

Run Date:    10/20/20

Case 20-03085-dwh    Doc 16    Filed 10/21/20